# Exhibit B

# Department of State
## Division of Corporations

## Entity Information

[Return to Results] [Return to Search]

### Entity Details

**ENTITY NAME:** CITIGROUP INC.
**DOS ID:** 1688862
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** FOREIGN BUSINESS CORPORATION
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 1304 BCL - BUSINESS CORPORATION LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 12/22/1992
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 12/22/1992
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:** 03/08/1988
**STATEMENT STATUS:** CURRENT
**COUNTY:** NEW YORK
**NEXT STATEMENT DUE DATE:** 12/31/2022
**JURISDICTION:** DELAWARE, UNITED STATES
**NFP CATEGORY:**

**ENTITY DISPLAY** | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY

#### Service of Process Name and Address

**Name:** C T CORPORATION SYSTEM
**Address:** 28 LIBERTY ST., NEW YORK, NY, UNITED STATES, 10005

#### Chief Executive Officer's Name and Address

**Name:** MICHAEL L CORBAT
**Address:** 388 GREENWICH STREET, NEW YORK, NY, UNITED STATES, 10013

#### Principal Executive Office Address

**Address:** 388 GREENWICH STREET, NEW YORK, NY, UNITED STATES, 10013

#### Registered Agent Name and Address

**Name:** C T CORPORATION SYSTEM
**Address:** 28 LIBERTY ST., NEW YORK, NY, 10005

#### Entity Primary Location Name and Address

**Name:**
**Address:**

#### Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |

Case 1:22-mc-00072-KPF   Document 1-5   Filed 03/09/22   Page 3 of 3

Stock Information

| Share Value | Number Of Shares | Value Per Share |